CASALE et al. v. GUION et al.

(Supreme Court, Appellate Division, Second Department.    April 23, 1909.)

BANKS AND BANKING (§ 73*)—PRIVATE BANKERS—INSOLVENCY—AUTHORITY OF
   CASHIER.
      The general authority of private bankers' cashier to transact business
   for them ceased with their insolvency, and hence he could not validly de-
   liver a note for them.
      [Ed. Note.—For other cases, see Banks and Banking, Dec. Dig. § 73.*]

Appeal from Municipal Court of City of New York.

Action by Salvatore Casale and another against Harry Guion and
another.    Judgment dismissing the complaint, and plaintiffs appeal.
Affirmed.

Argued before WOODWARD, JENKS, GAYNOR, BURR, and
RICH, JJ.

M. V. McDonald, for appellants.
Harry Zirn, for respondents.

PER CURIAM.    When the plaintiffs undertook to show title in the
promissory note, they were confronted by the fact that they relied
upon a naked delivery of the note to them by the cashier of private
bankers after those bankers had failed.    We think that the cashier's
general authority to transact business for his principals had ceased.
Bolles on Banking, § 807.    The court was right in dismissing the
complaint.    If the plaintiffs sue again, there may be a further question
of attempted preference, which is not presented. by the record before
us sufficiently for any present discussion.

The judgment of the Municipal Court is affirmed, with costs.